Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. F. L., | ) |
| | ) CASE NO.: 2:23-cv-08524-SHK |
| Plaintiff, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff be awarded EIGHT THOUSAND DOLLARS AND 00/100 ($8,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and $405 in costs under 28 U.S.C. § 1920.  subject to the terms of the stipulation.

DATED: 2/3/2025

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-